THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CESAR ORTEGA, Appellant.

Submitted August 13, 2007; decided September 6, 2007

Reported below, 40 AD3d 394.

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.